UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANYA RISON, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

Case No. 2:21-cv-10227

Hon. George Caram Steeh

THE FIRE STATION PRECINCT 1, LLC d/b/a THE FIRE STATION WELLNESS CENTER, a Michigan Limited Liability Company,

   *Defendant*.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties and the Court being fully advised in the premises:

1. IT IS HEREBY ORDERED THAT all claims of the Plaintiff, Tanya Rison, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. IT IS HEREBY ORDERED THAT all claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

3. This is a final order and closes the case.

**IT IS SO ORDERED.**

Dated: April 20, 2021

                                                           s/George Caram Steeh
                                                           GEORGE CARAM STEEH
                                                           United States District Judge

Stipulated and agreed:

Dated: April 20, 2021

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **Clark Hill PLC** |
| /s/ Andrew J. Shamis | By: /s/ Jason R. Canvasser |
| Andrew J. Shamis, Esq. | Jason R. Canvasser (P69814) |
| Florida Bar No. 101754 | 500 Woodward Avenue Suite 3500 |
| ashamis@shamisgentile.com | Detroit, MI 48226 |
| 14 NE 1st Avenue, Suite 705 | Tel: (313) 965-8300 |
| Miami, FL 33132 | Fax: (313) 309-6857 |
| Telephone: 305-479-2299 | jcanvasser@clarkhill.com |
| | |
| **Edelsberg Law, P.A.** | *Attorneys for Defendant* |
| /s/ Scott Edelsberg | |
| Scott Edelsberg, Esq. | |
| Florida Bar No. 0100537 | |
| 20900 NE 30th Ave., Suite 417 | |
| Aventura, FL 33180 | |
| Telephone: 305-975-3320 | |
| Email: scott@edelsberglaw.com | |

*Counsel for Plaintiff and the Class*